IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ESTATE OF AMADOR HERNANDEZ, JR., AMADOR HERNANDEZ, III, Individually and as Representative of the ESTATE OF AMADOR HERNANDEZ, JR., AMANDA YVETTE HERNANDEZ AND MICHAEL HERNANDEZ<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF VETERAN AFFAIRS, MATTHIAS PELTZ, M.D., SHAFI MOHAMED, M.D. and PHILIP L. SLADEK, M.D.<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION No. 3:12-cv-04859-M<br><br><br><br>ECF |

**DEFENDANT MATTHIAS PELTZ, M.D.'S
MOTION TO DIMISS AND/OR MOTION FOR SUMMARY JUDGMENT**

**TO THE HONORABLE JUDGE OF THIS COURT:**

**COMES NOW,** Matthias Peltz M.D. ("Defendant"), one of the Defendants in the above-entitled and numbered cause, and files this Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and/or Motion for Summary Judgment under Federal Rule of Civil Procedure 56, pursuant to Section 101.106(f) of the TEXAS CIVIL PRACTICE & REMEDIES CODE and asks that all claims against him in this action be dismissed with prejudice. In support thereof Dr. Peltz respectfully shows the Court as follows:

SUMMARY

Defendant requests dismissal of all claims against him with prejudice because he is immune from suit under 101.106(f) of the TEXAS CIVIL PRACTICE & REMEDIES CODE. Dismissal with prejudice is mandatory under the statute.

Dr. Peltz is concurrently filing a brief in support of these motions and an appendix. The brief sets forth the basis and legal support for the motion to dismiss and motion for summary judgment. The appendix contains the evidence to support these motions.

### PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Defendant Matthias Peltz, M.D., respectfully requests and prays the Court to:

(1) **GRANT** Defendant's Motion to Dismiss in all things and dismiss this cause of action against Matthias Peltz, M.D., under TEXAS CIVIL PRACTICE & REMEDIES CODE, Section 101.106(f) with prejudice;

(2) **GRANT** Defendant's Motion for Summary Judgment in all things and dismiss this cause of action against Matthias Peltz, M.D., under TEXAS CIVIL PRACTICE & REMEDIES CODE, Section 101.106(f) with prejudice;

(3) **ORDER** that Defendant recover his costs herein;

(4) **ENTER** a final judgment as to Dr. Peltz under Federal Rule of Civil Procedure 54(b); and

(5) **ORDER** that Defendant be awarded such other and further relief, both special and general, at law or in equity, to which Defendant may show himself justly entitled to receive.

Respectfully Submitted,

**STINNETT THIEBAUD & REMINGTON L.L.P.**

/s/ Philipa Remington
**PHILIPA M. REMINGTON**
**ATTORNEY IN CHARGE**
State Bar No. 16766100
premington@strlaw.net
**CATHRYN R. PATON**
State Bar No. 00797216
cpaton@strlaw.net

4800 Fountain Place
1445 Ross Avenue
Dallas, TX 75202
(214) 954-2200
(214) 754-0999 (Facsimile)
**ATTORNEYS FOR DEFENDANT MATTHIAS PELTZ, M.D.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record on this the 11TH day of January, 2013.

**Eric D. Fein**
THE FEIN LAW FIRM, P.C.
15455 N. Dallas Parkway
Suite 1225
Addison, Texas 75001

**Dimitri N. Rocha**
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699

OF COUNSEL:
**Joanne Hurtekant**
Staff Attorney
VA Office of Regional Counsel, Region 2
Dallas, Texas 75216

/s/ Philipa Remington
**PHILIPA REMINGTON**