IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ESTATE OF AMADOR HERNANDEZ, JR., AMADOR HERNANDEZ, III, Individually and as Representative of the ESTATE OF AMADOR HERNANDEZ, JR., AMANDA YVETTE HERNANDEZ and MICHAEL HERNANDEZ, | § § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:12-CV-04859-M |
| UNITED STATES OF AMERICA, DEPARTMENT OF VETERAN AFFAIRS, MATTHIAS PELTZ, M.D., | § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiffs' Emergency Unopposed Motion For Leave To Amend Pleadings To Dismiss Matthias Peltz, M.D. and Name University Of Texas-Southwestern Medical Center as Defendant Pursuant to §101.106(f) of the Texas Civil Practices & Remedies Code [Docket Entry #29]. The Motion is **GRANTED**. Plaintiffs' shall file their Amended Complaint immediately to comply with the § 101.106(f) deadline. Accordingly, Defendant Peltz's Motion to Dismiss and/or for Summary Judgment [Docket Entry #23] is **DENIED as moot**.

**SO ORDERED**.

February 8, 2013.

_____
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**